UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**Broidy Capital Management LLC,**

        Plaintiff,

        v.

**Jamal Benomar,**

        Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Case No. 18 cv 06615 (KMK)

(KMK)(LMS)

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

The above entitled action is referred to the Honorable Lisa M. Smith, United States Magistrate Judge, for the following purpose(s):

| | |
|---|---|
| __X__ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement) | ____ HABEAS CORPUS |
| | ____ INQUEST AFTER DEFAULT / DAMAGES HEARING |
| ____ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | ____ SOCIAL SECURITY |
| | ____ SETTLEMENT |
| ____ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation) | ____ CONSENT UNDER 28 U.S.C. 636© FOR ALL PURPOSES (including trial) |
| ____ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) * | ____ CONSENT UNDER 28 U.S.C. 636© FOR LIMITED PURPOSE OF _____ |
| ____ JURY SELECTION | |

Dated: September 4, 2018
       White Plains, New York

SO ORDERED:

_____
United States District Judge

* Do not check if already referred for General Pre-Trial.
P:\FORMS\Order of Reference.wpd   Rev. 9/10