# EXHIBIT 1

| Subpoena | PARTY | CATEGORY | DATE SERVED |
|---|---|---|---|
| 1 | Contina | Internet Company | 4/24/2018 |
| 2 | Datacenter IP | Internet Service Provider | 4/24/2018 |
| 3 | Google | Internet Company | 4/24/2018 |
| 4 | Micfo LLC | Internet Company | 4/24/2018 |
| 5 | Netrouting | Internet Company | 4/24/2018 |
| 6 | QuadraNet, Inc. | Internet Company | 4/24/2018 |
| 7 | Vermont Telephone Co., Inc. | Internet Company | 4/24/2018 |
| 8 | AVG Technologies | Software Company | 4/27/2018 |
| 9 | InstaVPS Abuse | Internet Company | 4/27/2018 |
| 10 | Hook Mobile | Telephone Company | 5/1/2018 |
| 11 | Sprint Spectrum L.P. | Telephone Company | 5/1/2018 |
| 12 | TPx Communications | Internet Company | 5/1/2018 |
| 13 | Verizon Wireless (Cellco Partnership) | Telephone Company | 5/1/2018 |
| 14 | AT&T Mobility | Telephone Company | 5/9/2018 |
| 15 | Bandwidth.com, Inc. | Telephone Company | 5/9/2018 |
| 16 | Cloudinary Ltd. | Internet Company | 5/10/2018 |
| 17 | TinyURL, LLC | Internet Company | 5/10/2018 |
| 18 | Bitly, Inc. | Internet Company | 5/14/2018 |
| 19 | Dropbox, Inc. | Internet Company | 5/14/2018 |
| 20 | Hootsuite Media US Inc. [Owly] | Internet Company | 5/14/2018 |
| 21 | Mail.com (1 & 1 Mail and Media Inc.) | Internet Company | 5/14/2018 |
| 22 | Privacy Protect LLC | Internet Company | 5/15/2018 |
| 23 | Associated Press | Media Company | 5/16/2018 |
| 24 | Domains by Proxy LL | Internet Company | 5/16/2018 |
| 25 | GoDaddy.com | Internet Company | 5/16/2018 |
| 26 | Google | Internet Company | 5/16/2018 |
| 27 | Sprint Spectrum L.P. | Telephone Company | 5/16/2018 |
| 28 | Verizon Wireless (Cellco Partnership) | Telephone Company | 5/16/2018 |
| 29 | Inteliquent, Inc. | Telephone Company | 5/18/2018 |
| 30 | TPx Communications | Internet Company | 5/18/2018 |
| 31 | XO Communications, LLC | Telephone Company | 5/18/2018 |
| 32 | Inteliquent, Inc. | Telephone Company | 5/30/2018 |
| 33 | Level 3 | Telephone Company | 5/30/2018 |
| 34 | Happy Bear Motel | Other | 6/1/2018 |
| 35 | AT&T Mobility | Telephone Company | 6/6/2018 |
| 36 | Sprint Spectrum L.P. | Telephone Company | 6/6/2018 |
| 37 | TellIntel | Telephone Company | 6/6/2018 |

| | | | |
|---|---|---|---|
| 38 | T-Mobile | Telephone Company | 6/6/2018 |
| 39 | Verizon Wireless (Cellco Partnership) | Telephone Company | 6/6/2018 |
| 40 | PDR Solutions (U.S. LLC) | Internet Company | 6/13/2018 |
| 41 | Perfect Privacy LLC | Internet Company | 6/13/2018 |
| 42 | Privacy Protect, LLC | Internet Company | 6/13/2018 |
| 43 | Sprint Spectrum L.P. | Telephone Company | 6/13/2018 |
| 44 | The Endurance International Group | Internet Company | 6/13/2018 |
| 45 | T-Mobile USA, Inc.. | Telephone Company | 6/13/2018 |
| 46 | CLX Communications | Telephone/Communications Company | 6/19/2018 |
| 47 | Verizon | Telephone Company | 6/26/2018 |
| 48 | GlobalPops/VoIPStreet/VoIP Innovations | Telephone/Communications Company | 6/26/2018 |
| 49 | Datto, Inc. | Internet Company | 6/26/2018 |
| 50 | Messagebird Inc. | Communications Company | 6/26/2018 |
| 51 | Microsoft Corporation | Software Company | 6/26/2018 |
| 52 | T-Mobile USA, Inc.. | Telephone Company | 6/26/2018 |
| 53 | AT&T Mobility | Telephone Company | 6/27/2018 |
| 54 | Google | Internet Company | 6/29/2018 |
| 55 | AT&T Mobility | Telephone Company | 7/6/2018 |
| 56 | T-Mobile USA, Inc.. | Telephone Company | 7/6/2018 |
| 57 | Verizon Wireless | Telephone Company | 7/6/2018 |
| 58 | Microsoft | Software/Communications Company | 7/13/2018 |
| 59 | Conover & Gould Strategic Communications, Inc. | Communications Company | 7/20/2018 |
| 60 | Level 3 Communications, LLC | Communications Company | 7/20/2018 |
| 61 | Verizon Wireless | Telephone Company | 7/20/2018 |
| 62 | Verizon | Telephone Company | 7/20/2018 |
| 63 | 365 Wireless LLC | Telephone Company | 7/27/2018 |
| 64 | Bandwidth.com, Inc. | Communications Company | 7/27/2018 |
| 65 | Level 3 Communications, LLC | Telephone Company | 7/27/2018 |
| 66 | LinkedIn | Communications Company | 7/27/2018 |
| 67 | Sprint Spectrum L.P. | Telephone Company | 7/27/2018 |
| 68 | T-Mobile USA, Inc.. | Telephone Company | 7/27/2018 |
| 69 | Verizon Wireless | Telephone Company | 7/27/2018 |

| | | | |
|---|---|---|---|
| 70 | AT&T Mobility | Telephone Company | 7/27/2018 |
| 71 | AT&T Mobility | Telephone Company | 8/15/2018 |
| 72 | Digital Realty | Software Company | 8/15/2018 |
| 73 | USA2Me | Other (mail forwarding company) | 8/15/2018 |
| 74 | Endurance International Group | Internet Company | 8/15/2018 |
| 75 | Google | Internet Company | 8/15/2018 |
| 76 | Level 3 Communications, LLC | Communications Company | 8/15/2018 |
| 77 | AVAST Software | Software Company | 4/24/2018 - amended on 4/27/2018 |
| 78 | Atlassian | Software Company | 7/27/2018 - amended on 8/1/2018 |
| 79 | Coinbase, Inc. | Other (Digital currency company) | 7/27/2018 - amended on 8/1/2018 |
| 80 | Dropbox, Inc. | Internet company | 7/27/2018 - amended on 8/1/2018 |
| 81 | GitHub | Software/Communications Company | 7/27/2018 - amended on 8/1/2018 |
| 82 | GoDaddy.com, LLC | Internet company | 7/27/2018 - amended on 8/1/2018 |
| 83 | Mail.com (1 & 1 Mail and Media Inc.) | Communications Company | 7/27/2018 - amended on 8/1/2018 |
| 84 | Oath | Other (advertising company) | 7/27/2018 - amended on 8/1/2018 |