# ATTACHMENT A

**From:** Lee Wolosky
**Sent:** Thursday, October 11, 2018 5:41 PM
**To:** 'Lowell, Abbe David'
**Subject:** State Department

Abbe-

In order to determine whether to recommend that the parties or the Court ask the State Department for its position on Mr. Benomar's immunity claim, Plaintiffs need to know the parameters and bases of his claim.  (The basis you described in court yesterday afternoon was different from the basis described in your September 29 letter to Judge Seibel, and you did not describe specific bases for the assertion of status immunity in court yesterday.)

To that end, we would be grateful if you would specify Mr. Benomar's diplomatic rank, when that rank was conferred, when notice was provided to the United States, and what type of passport and U.S. visa Benomar uses to gain access to the United States.

I would appreciate a response by tomorrow morning so that a timely decision can be made on this issue.

-Lee


**Lee S. Wolosky**
Partner

BOIES SCHILLER FLEXNER LLP

575 Lexington Avenue
New York, NY 10022
(t) +1 212 754 4205 (direct)
(m) +1 212 446 2300 (main)
lwolosky@bsfllp.com
www.bsfllp.com