# EXHIBIT 1



أين، وزير الشؤون الخارجية في حكومة جلالة ملك المغرب نطلب من المسؤولين المدنيين والعسكريين المكلفين بالحفاظ على الأمن في المملكة المغربية ونرجو من السلطات التي تقوم بنفس المهمة في البلدان الصديقة أن تسمح بحرية المرور وأن تقدم المساعدة والحماية عند الاقتضاء، لـ :

Nous, Ministre des Affaires Etrangères du Gouvernement de Sa Majesté le Roi du Maroc, requérons des officiels civils et militaires chargés de maintenir l'ordre au Royaume du Maroc, et prions les autorités investies de la même mission dans les pays amis, de laisser librement passer et d'accorder aide et protection, en cas de besoin, à:

We, Minister of Foreign Affairs in the Government of His Majesty the King of Morocco, request civilian and military officials in charge of maintaining order in the Kingdom of Morocco, and the authorities entrusted with the same mission in friendly countries, to let freely pass and to provide assistance and protection, if necessary, to:

وزير مفوض بالبعثة الدائمة للمملكة المغربية لدى منظمة الأمم المتحدة بنيويورك

MINISTRE PLENIPOTENTIAIRE A LA MISSION PERMANENTE DU ROYAUME DU MAROC AUPRES DE L'ORGANISATION DES NATIONS UNIES A NEW YORK

Ambassadeur,
Le Ministre des Affaires Etrangères
Directeur du Protocole

Anas Abdellatif KHALES

ROYAUME DU MAROC / KINGDOM OF MOROCCO / المملكة المغربية

Type/Type: PD
Code/Code: MAR
Nom/Surname: BENOMAR
Prénoms/Given names: JAMAL
Nationalité/Nationality: Marocaine / مغربية
Lieu de naissance/Place of birth: NADOR / MAR
Sexe/Sex: M
Autorité/Authority: وزارة الشؤون الخارجية / MINISTERE DES AFFAIRES ETRANGERES
Date de délivrance/Date of issue: 30/10/2018
Date d'expiration/Date of expiry: 30/10/2022

N° C.N.I.E/D Cart No: L150757

PDMARBENOMAR<<<<<<<<<<<<<<<<<<<<