# EXHIBIT 2





من وزير الشؤون الخارجية في حكومة جلالة ملك المغرب نطلب من المسؤولين المدنيين والعسكريين المكلفين بالحفاظ على النظام في المملكة المغربية، ونرجو من السلطات التي تقوم بنفس المهمة في البلدان الصديقة أن تسمح بحرية المرور وأن تقدم المساعدة والحماية عند الاقتضاء، لـ :

Nous, Ministre des Affaires Etrangères du Gouvernement de Sa Majesté le Roi du Maroc, requérons des officiels civils et militaires chargés de maintenir l'ordre au Royaume du Maroc, et prions les autorités investies de la même mission dans les pays amis, de laisser librement passer et d'accorder aide et protection, en cas de besoin, à:

We, Minister of Foreign Affairs in the Government of His Majesty the King of Morocco, request civilian and military officials in charge of maintaining order in the Kingdom of Morocco, and the authorities entrusted with the same mission in friendly countries, to let freely pass and to provide assistance and protection, if necessary, to:

وكيل الأمين العام للأمم المتحدة

SECRETAIRE GENERAL ADJOINT DES NATIONS UNIES

وزير الشؤون الخارجية
Le Ministre des Affaires Etrangères
The Minister of Foreign Affairs
Directeur du Protocole

Mohammed Rida EL FASSI

ROYAUME DU MAROC ✹ KINGDOM OF MOROCCO ✹ المملكة المغربية

جواز سفر دبلوماسي
PASSEPORT DIPLOMATIQUE • DIPLOMATIC PASSPORT

Type/Type/نوع: PD
Code/Code/رمز: MAR
N° de Passeport/Passport No./رقم الجواز: ▮

Nom/Name/الاسم العائلي
BENOMAR

Prénoms/Given Names/الاسم الشخصي
JAMAL

Nationalité/Nationality/الجنسية: Marocaine مغربية
Sexe/Sex/الجنس: M
Lieu de naissance/Place of birth/مكان الازدياد: NADOR / MAR

Date de naissance/Date of birth/تاريخ الازدياد: ▮

N° C.N.I.E/ID Card No./رقم بطاقة التعريف
L150757

Signature/Signature/الإمضاء



Autorité/Authority/السلطة
وزارة الشؤون الخارجية
MINISTERE DES AFFAIRES ETRANGERES

Date de délivrance/Date of issue/تاريخ التسليم
16/09/2016

Date d'expiration/Date of expiry/تاريخ انتهاء الصلاحية
16/09/2019



PDMARBENOMAR<<JAMAL<<<<<<<<<<<<<<<<<<<<<<<<<