# EXHIBIT 4



The Permanent Mission
of the Kingdom of Morocco
to the United Nations
New York

البعثة الدائمة للمملكة المغربية
لدى الأمم المتحدة
نيويورك

N° 163/18

New York, le 1er Août 2018

Monsieur Le Directeur du Protocole,

J'ai l'honneur de vous faire parvenir, ci-joint, le dossier d'enregistrement de Monsieur Jamal BENOMAR, Conseiller Spécial auprès de cette Mission.

En vous faisant parvenir, ci-joint, les pièces ci-après indiquées, je vous serais reconnaissant de bien vouloir procéder à l'enregistrement de l'intéressé:

- Passeport diplomatique marocain no AD1096861;
- Formulaire d'enregistrement dûment rempli;
- Formulaire de demande de laissez-passer;
- Photos en couleur de l'intéressé;
- Copie du I-94;

Je vous prie, Monsieur Le Directeur du Protocole, de croire à l'expression de ma très haute considération.

Omar HILALE
Ambassadeur, Représentant Permanent

Mr. Peter Van Laere
Directeur du Protocole de
L'Organisation des Nations Unies
Salle S-0201
New York, NY 10017