# EXHIBIT 5



**United States Mission to the United Nations**
*799 United Nations Plaza*
*New York, NY 10017*

```
20185129  000003  U N MO NY 4004-7104-52
MOROCCO
UN MISSION
BENOMAR, JAMAL
NEW YORK, NY
```



WITH • THE • COMPLIMENTS • OF • THE
*United States Mission*
*to the United Nations*

ENCLOSED IS YOUR United States Department of State Official Identification Card bearing personal identification (PID) number ▬▬▬▬▬▬▬.

AS A(N) SUPPORT STAFF at the Permanent Mission of MOROCCO to the United Nations, you enjoy immunity from jurisdiction only with respect to acts performed in the course of official duties. Please note, members of your family enjoy no immunities from the jurisdiction of the United States.

IN ADDITION, PLEASE NOTE YOUR eligibility for "G" visa status will expire upon completion of your assignment with the Permanent Mission of MOROCCO after which you must depart the United States or inquire of the United States Citizenship and Immigration Services whether there is another visa status for which you may be eligible.

FURTHERMORE, UPON COMPLETION of assignment at the Permanent Mission, the United Nations Office of Protocol must be informed promptly of the termination of your employment by submission of form SG-8.

WE HOPE THAT THE INFORMATION provided herein will be helpful to you as you assume your duties at the Permanent Mission of MOROCCO.

*James B Donovan*

JAMES B. DONOVAN
Minister Counselor
Host Country Affairs

B3NV002