# EXHIBIT 6

The Permanent Mission
of the Kingdom of Morocco
to the United Nations
New York



البعثة الدائمة للمملكة المغربية
لدى الأمم المتحدة
نيويورك

NV/ /18

New York, August 27, 2018

    The Permanent Mission of the Kingdom of Morocco to the United Nations in New York presents its compliments to the United States Mission to the United Nations (Host Country Affairs) and has the honor to indicate that Mr. Jamal Benomar is a diplomat at this Mission, accredited by the Ministry of Foreign Affairs and International Cooperation of the Kingdom of Morocco, with the high rank of Special Adviser.

    Mr. Jamal Benomar holds a Moroccan Diplomatic Passport and carries out diplomatic duties, functions and responsibilities within the Permanent Mission of the Kingdom of Morocco to the United Nations, as it is the case for the other diplomats accredited to this Mission.

    The Permanent Mission of the Kingdom of Morocco to the United Nations kindly requests the United States Mission to the United Nations (Host Country Affairs) to replace the ID card delivered to Mr. Jamal Benomar, referring to him as "support staff", by a new ID card mentioning his title of "Special Adviser" and the same as the cards delivered to the other diplomats accredited to this Mission with different ranks (Minister Plenipotentiary, Counselor or Secretary of Foreign Affairs).

    The Permanent Mission of the Kingdom of Morocco to the United Nations in New York avails itself of this opportunity to renew to the United States Mission to the United Nations (Host Country Affairs) the assurances of its highest consideration.

To the Attention of Ms. Mary A. Ambrose
Adviser
Host Country Affairs
United States Mission to the United Nations
799 United Nations Plaza
New York, NY 10017