# EXHIBIT 7

The Permanent Mission
of the Kingdom of Morocco
to the United Nations
New York



البعثة الدائمة للمملكة المغربية
لدى الأمم المتحدة
نيويورك

N°: NV/687/18

New York, September 21, 2018

    The Permanent Mission of the Kingdom of Morocco to the United Nations presents its compliments to the United States Mission to the United Nations and following our previous exchanges, has the honor to inform that Mr. Jamal Benomar is appointed by the Ministry for Foreign Affairs and International Cooperation of the Kingdom of Morocco as a Minister Plenipotentiary at this Permanent Mission, in charge of the Political Section.

    In this regard, the Permanent Mission kindly requests that Mr. Jamal Benomar, Minister Plenipotentiary at this Mission, enjoys the full diplomatic privileges and immunities accorded to his high diplomatic rank.

    Thus, the Permanent Mission further requests that a color blue State Department identification card be issued to Mr. Jamal Benomar.

    The Permanent Mission of the Kingdom of Morocco to the United Nations avails itself of this opportunity to renew to the United States Mission to the United Nations the assurances of its highest consideration.

United States Mission to the United Nations
799 United Nations Plaza
<u>New York, NY 10017</u>
Attn. Mrs. Mary Ambrose

Scanned by CamScanner