# EXHIBIT 8

*Royaume du Maroc*
*Ministère des Affaires Étrangères*
*et de la Coopération Internationale*

*Direction du Protocole*



المملكة المغربية
وزارة الشؤون الخارجية
والتعاون الدولي

مديرية التشريفات

2018 أكت 05

■ 8 65 8 7

Le Ministère des Affaires étrangères et de la Coopération internationale du Royaume du Maroc présente ses compliments à l'Ambassade des États-Unis d'Amérique à Rabat, et a l'honneur de lui faire part de ce qui suit :

La présente note verbale confirme la nomination de M. Jamal BENOMAR au poste de *Ministre Plénipotentiaire* près la Mission Permanente du Royaume du Maroc auprès de l'Organisation des Nations Unies, à New York. Elle actualise les communications antérieures à ce sujet concernant sa mission depuis le 1er novembre 2017.

Les fonctions diplomatiques à plein temps de M. BENOMAR comprennent le conseil au chef de la Mission concernant les questions politiques liées à l'ONU, ainsi que sur les conflits régionaux et internationaux. La durée prévue de son service est de cinq ans, en principe.

Le Ministère des Affaires étrangères et de la Coopération internationale demande respectueusement aux Autorités américaines concernées d'appliquer pleinement à M. BENOMAR, *Ministre Plénipotentiaire*, les facilités, privilèges et immunités diplomatiques correspondant à son rang, y compris l'octroi de documents appropriés d'identification diplomatique.

Le Ministère des Affaires étrangères et de la Coopération internationale saisit cette occasion pour renouveler à l'Ambassade des États-Unis d'Amérique à Rabat, les assurances de sa haute considération.

Fait à Rabat, le 5 octobre 2018.



**AMBASSADE DES ETATS UNIS D'AMERIQUE**
Rabat

UNOFFICIAL TRANSLATION

**B 3 65 8 7**

The Ministry of Foreign Affairs and International Cooperation of the Kingdom of Morocco presents its compliments to the Embassy of the United States of America in Rabat, and has the honor to state the following:

The present note verbale confirms that Mr. Jamal BENOMAR serves as *Minister Plenipotentiary* in the Permanent Mission of Morocco to the United Nations in New York, and updates previous communications in this regard about his assignment since November 1st, 2017.

Mr. BENOMAR's full time diplomatic duties include advising the head of the Mission on political issues related to the United Nations, as well as on regional and international conflicts. The expected length of tour of duty is five years, in principle.

The Ministry of Foreign Affairs and International Cooperation respectfully requests the United States' authorities to fully apply to Mr. Jamal BENOMAR, *Minister Plenipotentiary*, the diplomatic facilities, privileges and immunities accorded to his diplomatic rank, including the issuing of appropriate diplomatic identification documents.

The Ministry of Foreign Affairs and International Cooperation avails itself of the opportunity to renew to the Embassy of the United States of America, the assurances of its highest consideration.

Done in Rabat, on october 5th, 2018.

**EMBASSY OF THE UNITED STATES OF AMERICA**
**Rabat**