# EXHIBIT 9

*The Permanent Mission of the Kingdom of Morocco to the United Nations*

N° 226/18



البعثة الدائمة
للمملكة المغربية لدى الأمم المتحدة
نيويورك

New York, le 10 Octobre 2018

Monsieur Le Directeur du Protocole,

J'ai l'honneur de vous faire parvenir, ci-joint, la note verbale adressée par le Ministère des Affaires Etrangères et de la Coopération Internationale à Rabat, du changement du titre diplomatique de Monsieur Jamal Benomar au sein de cette Mission de "Conseiller Spécial" à "Ministre Plénipotentiaire".

A cet effet, je vous serais reconnaissant de bien vouloir lui faciliter les privilèges et immunités diplomatiques correspond à son rang de "Ministre Plénipotentaire".

Je vous prie, Monsieur Le Directeur du Protocole, de croire à l'expression de ma très haute considération.

Omar HILALE
Ambassadeur, Représentant Permanent

Mr. Peter Van Laere
Directeur du Protocole de
L'Organisation des Nations Unies
Salle S-0201
New York, NY 10017

*Royaume du Maroc*
*Ministère des Affaires Étrangères*
*et de la Coopération Internationale*

*Direction du Protocole*

المملكة المغربية
وزارة الشؤون الخارجية
والتعاون الدولي

مديرية التشريفات

2018 نون 0 5

№ 086587

Le Ministère des Affaires étrangères et de la Coopération internationale du Royaume du Maroc présente ses compliments à l'Ambassade des États-Unis d'Amérique à Rabat, et a l'honneur de lui faire part de ce qui suit :

La présente note verbale confirme la nomination de M. Jamal BENOMAR au poste de *Ministre Plénipotentiaire* près la Mission Permanente du Royaume du Maroc auprès de l'Organisation des Nations Unies, à New York. Elle actualise les communications antérieures à ce sujet concernant sa mission depuis le 1er novembre 2017.

Les fonctions diplomatiques à plein temps de M. BENOMAR comprennent le conseil au chef de la Mission concernant les questions politiques liées à l'ONU, ainsi que sur les conflits régionaux et internationaux. La durée prévue de son service est de cinq ans, en principe.

Le Ministère des Affaires étrangères et de la Coopération internationale demande respectueusement aux Autorités américaines concernées d'appliquer pleinement à M. BENOMAR, *Ministre Plénipotentiaire*, les facilités, privilèges et immunités diplomatiques correspondant à son rang, y compris l'octroi de documents appropriés d'identification diplomatique.

Le Ministère des Affaires étrangères et de la Coopération internationale saisit cette occasion pour renouveler à l'Ambassade des États-Unis d'Amérique à Rabat, les assurances de sa haute considération.

Fait à Rabat, le 5 octobre 2018.



AMBASSADE DES ETATS UNIS D'AMERIQUE
Rabat

UNOFFICIAL TRANSLATION

**B 3 65 8 7**

The Ministry of Foreign Affairs and International Cooperation of the Kingdom of Morocco presents its compliments to the Embassy of the United States of America in Rabat, and has the honor to state the following:

The present note verbale confirms that Mr. Jamal BENOMAR serves as *Minister Plenipotentiary* in the Permanent Mission of Morocco to the United Nations in New York, and updates previous communications in this regard about his assignment since November 1st, 2017.

Mr. BENOMAR's full time diplomatic duties include advising the head of the Mission on political issues related to the United Nations, as well as on regional and international conflicts. The expected length of tour of duty is five years, in principle.

The Ministry of Foreign Affairs and International Cooperation respectfully requests the United States' authorities to fully apply to Mr. Jamal BENOMAR, *Minister Plenipotentiary*, the diplomatic facilities, privileges and immunities accorded to his diplomatic rank, including the issuing of appropriate diplomatic identification documents.

The Ministry of Foreign Affairs and International Cooperation avails itself of the opportunity to renew to the Embassy of the United States of America, the assurances of its highest consideration.

Done in Rabat, on october 5th, 2018.

**EMBASSY OF THE UNITED STATES OF AMERICA**
Rabat

The Permanent Mission
of the Kingdom of Morocco          [emblem]                    [bilngual text in Arabic]
to the United Nations

New York, October 10th 2018

[handwritten:] *No. 226/18*

Mr. Chief of Protocol,

       I am pleased to attach hereto the verbal note sent by the Ministry of Foreign Affairs and International Cooperation in Rabat on the change of diplomatic title of Mr. Jamal Benomar within this Mission, from "Special Advisor" to "Minister Plenipotentiary".

    I would be therefore grateful if for this purpose you could provide him with the diplomatic privileges and immunities pertaining to his rank of "Minister Plenipotentiary".

    Please accept, Mr. Director of Protocol, the expression of my highest consideration.


[signature]
Omar HILALE
Ambassador, Permanent Representative


Mr. Peter Van Laere
Chief of Protocol
at the United Nations
Salle S-0201
<u>New York, NY 10017</u>

Kingdom of Morocco              [emblem]                    [bilingual text in Arabic]
Ministry of Foreign Affairs
And International Cooperation

Protocol Directorate

2018 October 05

[stamp:] [illegible] 6587

The Ministry of Foreign Affairs and International Cooperation presents its compliments to the Embassy of the United States of America in Rabat, and has the honor of informing it of what follows:

This verbal note confirms the appointment of Mr. Jamal BENOMAR to the post of *Minister Plenipotentiary* at the Permanent Mission of the Kingdom of Morocco to the United Nations in New York, updating the previous communications on this topic regarding its mission since 1 November 2017.

Mr. BENOMAR's full-time diplomatic duties include advising the head of the mission on political issues relating to the UN, as well as on regional and international conflicts. The expected duration of his tour of duty is five years, in principle.

The Ministry of Foreign Affairs and International Cooperation respectfully requests the relevant US authorities to fully grant to Mr. BENOMAR, *Minister Plenipotentiary*, the diplomatic facilitations, privileges and immunities corresponding to his rank, therein including the issuing of suitable diplomatic identification documents.

The Ministry of Foreign Affairs and International Cooperation takes this opportunity to renew to the Embassy of the United States of America in Rabat the assurances of it highest consideration. [initials]

Done in Rabat on October 5th 2018

[stamp:] The official seal of the Minister for Foreign Affairs and International Cooperation
Kingdom of Morocco

**EMBASSY OF THE UNITED STATES OF AMERICA**
**Rabat**



City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the document "Letter dated 2018.10.10 from O. Hilale to P. Van Laere" is to the best of my knowledge and belief, a true and accurate translation from French into English.

_____
Aurora Landman

~~Sworn to before me this~~
October 23, 2018

_____
Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE