# EXHIBIT 10

Printed on: 10/31/18 1:35 PM

# Morocco

| | |
|---|---|
| Address | Permanent Mission of the Kingdom of Morocco to the United Nations |
| | 866 Second Avenue, 6th and 7th Floors |
| | New York, NY 10017 |
| Telephone | 212-421-1580 |
| Telefax | 212-980-1512 |
| | 212-421-7826 |
| E-mail | morocco.un@maec.gov.ma |
| Correspondence | French |
| National holiday | National Day, 30 July |

H.E. Mr. Omar **Hilale**
Ambassador Extraordinary and Plenipotentiary
Permanent Representative (DPC: 23 Apr 2014)
Mrs. Leila Fatmi

H.E. Mr. Abdeslam **Jaidi**
Ambassador
Mrs. Kenza Naguib

Mr. Omar **Kadiri**
Minister Plenipotentiary
Deputy Permanent Representative
Mrs. Zineb Lahbabi

Mrs. Rabia **Jaidi**
Minister Plenipotentiary

Mr. Mohammed **Atlassi**
Minister Plenipotentiary
Mrs. Manar Tamsouri

Mr. Hicham **Oussihamou**
Minister Plenipotentiary
Mrs. Malika Naibat

Mr. Moulay Souleimane **Cherkaoui**
Minister Plenipotentiary
Mrs. Hind Hrida

212-421-1580    Mr. Abdelaziz **Haouaria**
Minister Plenipotentiary
Mrs. Najoua Seltani

Mr. Jamal **Benomar**
Minister Plenipotentiary

Mr. Yasser **Halfaoui**

Counsellor

Ms. Majda **Moutchou**
Counsellor

Mr. Omar **Rabi**
Counsellor

Ms. Majdoline **Mouflih**
Counsellor

Ms. Aahde **Lahmiri**
Counsellor

Mr. Larbi **Imoullas**
Counsellor
Mrs. Taouaf Abdelouahab

212-421-1580         Ms. Siham **Abbar**
Counsellor

Ms. Meriem **El Hilali**
Counsellor

Mr. Taha **Kadri**
Counsellor

212-421-1580         Mr. Lhassan **Afenis**
Counsellor
Mrs. Fatiha Mejrhirrou

Mr. Taha **Kadri**
Counsellor
Mrs. Majda Touzani

Mr. Mustapha **El Achraoui**
First Secretary
Mrs. Hind El Oufir

Ms. Meryem **Hamdouni**
First Secretary

Mrs. Hanaa **Bouchikhi**
First Secretary

Mr. Youssef **El Mezouaghi**
First Secretary

Mr. Abdelaziz **Ben Boubker**
Third Secretary
Mrs. Karima Ouchrif

Mr. Abdelhaq **Mhasni**
Attaché
Military Adviser

Mrs. Hanane El Mohammadi