# EXHIBIT 11

United Nations   Nations Unies



# BENOMAR
Mr.   Jamal



**MOROCCO
MINISTER
PLENIPOTENTIARY**

**10 Oct 2022**

Scanned by CamScanner