# EXHIBIT A

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
---------------------------------------
BROIDY CAPITAL MANAGEMENT LLC and ELLIOTT
BROIDY,

                    Plaintiff,

                    Case No.: 18-cv-02421

          v.

STATE OF QATAR, STONINGTON STRATEGIES LLC,
NICOLAS D. MUZIN, GLOBAL RISK ADVISORS LLC,
KEVIN CHALKER, DAVID MARK POWELL, MOHAMMED
BIN HAMAD BIN KHALIFA AL THANI, AHMED
AL-RUMAIHI, and DOES 1-10,

                    Defendants.
---------------------------------------

                    PUBLIC


          VIDEOTAPED DEPOSITION OF

              JOSEPH ALLAHAM

         TUESDAY, JUNE 19, 2018

                9:00 a.m.



          MAGNA LEGAL SERVICES
   320 West 37th Street, 12th Floor
        New York, New York 10018
              (866)624-6221


Reported by:  Adrienne M. Mignano, RPR

Job Number:    411069
```



Page 378

```
 1          Allaham - Public
 2   I don't cheer for -- to me, this is cheap
 3   shots.
 4       Q    And so you don't know who your
 5   Yuri Vanetik is?
 6       A    I have no clue.  Never met the
 7   guy.
 8       Q    And two text messages down, you
 9   write to Muzin, "I keep on thinking to use
10   Ben Brafman for Jamal."
11            And what is it that you thought
12   Ben Brafman could do for Jamal?
13            MS. YUSUF:  Objection.  Asked
14       and answered.
15            MR. GIMBEL:  Objection.
16       Misstates his prior testimony.
17   BY MR. WOLOSKY:
18       Q    What is the meaning of this
19   sentence, "I keep on thinking to use Ben
20   Brafman for Jamal"?
21       A    To sue him.
22       Q    That you would sue Jamal?
23       A    Yes.
24       Q    Why would you sue Jamal?
25       A    Because I was getting the
```

Page 379

```
 1          Allaham - Public
 2   runaround.
 3       Q    About what?
 4       A    About my money.
 5       Q    That Jamal owed to you?
 6       A    I mean, Jamal, I couldn't sue
 7   the State of Qatar.  Everyone -- I
 8   couldn't do that.  Nobody was interested
 9   in that.
10       Q    And did you sue Mr. Benomar?
11       A    No.
12       Q    Why did you decide not to sue
13   him?
14       A    Because the lawyers told me I
15   don't have an agreement and it will be --
16            MS. YUSUF:  Don't testify to
17       anything that's privileged.
18       A    Okay, it's privileged.
19       Q    So try to answer the question
20   without revealing attorney-client
21   privilege information.
22       A    That I did not want to waste any
23   money.
24       Q    On lawyers to chase Jamal
25   Benomar?
```

Page 380

```
 1          Allaham - Public
 2       A    Yes.
 3       Q    How much money do you think he
 4   owed you?
 5       A    It's -- it's complicated.  So
 6   it's not something that I would want to
 7   share yet.  It's confidential, I think.
 8       Q    Well, this is an attorneys' eyes
 9   only deposition.  This is directly
10   relevant to the subject matter of your
11   subpoena.  So I would ask you to please
12   answer the question.
13            Can you read back the pending
14   question?
15       A    I know the question.  I
16   understand the question.  Again, it is two
17   parties that, you know, I think I'm owed
18   something and the other party thinks I'm
19   owed something else.  So it is hard to
20   pinpoint, but from my point I would say
21   from a number, could be from five to ten
22   million.
23       Q    And you were seeking to pursue
24   Jamal Benomar for that money even though
25   the money was really owed to you by the
```

Page 381

```
 1          Allaham - Public
 2   State of Qatar, correct?
 3       A    Yes.
 4       Q    And is that because Jamal
 5   Benomar was holding that money for you?
 6       A    I could not get a straight
 7   answer so I did not know what -- this is
 8   part, you know, your -- you know,
 9   sometimes excuse if you have an offshore,
10   I was trying to do it.  I gave up on that.
11   It was harder than having a baby.
12            So I just was trying to pinpoint
13   to get my money, that's all I was trying
14   to do.  I was being a debt collector.
15            MS. YUSUF:  Counsel, I believed
16       we have reached the seven-hour mark,
17       but I will ask the videographer to
18       confirm.
19            THE VIDEOGRAPHER:  Two minutes.
20            MR. WOLOSKY:  We get eight
21       hours.
22   BY MR. WOLOSKY:
23       Q    Can you turn to the next page,
24   please, Bates stamped 40.
25            "You see juice in it?"  Do you
```