# EXHIBIT B

**Robert Dwyer**

| | |
|---|---|
| From: | Robert Dwyer |
| Sent: | Wednesday, November 14, 2018 10:44 AM |
| To: | 'Malin, Mary Catherine' |
| Cc: | ADLowell@winston.com |
| Subject: | RE: Jamal Benomar |

Dear Ms. Malin:

Thank you for your email. As you may be aware, there is a dispute (and current motion practice) as to what privileges and immunities Mr. Benomar is entitled as a matter of U.S. and international law. To ensure that the record before the Court is complete, we intend to include your email with our submissions.

We do believe a clear statement from the State Department to the Court as to what privileges and immunities Mr. Benomar is entitled would be helpful to the Court. In that regard, we would normally welcome the opportunity to present facts relevant to Mr. Benomar's professional and commercial activities for profit, and his longstanding residency in the United States, which are pertinent to his status. We refer you to the brief on that subject we will file today in the action pending in the Southern District of New York (Case No. 18-CV-6615-CS). We are, of course, available to provide you with additional information if you wish to receive further communications.

-Robert J. Dwyer

**Robert J. Dwyer**
Partner

**BOIES SCHILLER FLEXNER** LLP
575 Lexington Avenue
New York, NY 10022
(t)  +1 212 303 3524
(m)+1 917 626 4077
rdwyer@bsfllp.com
www.bsfllp.com

**From:** Malin, Mary Catherine [mailto:MALINMC@state.gov]
**Sent:** Wednesday, November 14, 2018 8:40 AM
**To:** ADLowell@winston.com; Robert Dwyer
**Subject:** Jamal Benomar

Gentlemen,

I understand you have reached out to our colleagues at the State Department and the U.S. Mission to the UN regarding the accreditation of Mr. Jamal Benomar. I would like to confirm the following information about Mr. Benomar's accreditation:

The Permanent Mission of Morocco to the United Nations accredited Mr. Benomar with the United Nations as a minister plenipotentiary. Based on his assignment, the Moroccan Mission requested from the United Nations privileges and immunities that would normally be extended to a representative of a UN Mission in a similar capacity. The United Nations subsequently notified the U.S. Mission regarding the Moroccan Mission's request for privileges and immunities for Mr. Benomar. This notification was processed pursuant to our normal course of business and was reviewed by U.S. Mission personnel to ensure it met the requirements set forth by U.S. law and the UN Headquarters Agreement.

1

Based on this information, the U.S. Mission to the UN has registered Mr. Benomar with diplomatic privileges and immunities as of November 13, 2018. Representatives of UN missions, including ministers, receive diplomatic privileges and immunities based on the application of the law, including the UN Headquarters Agreement.

We are aware that there is a pending civil litigation involving Mr. Benomar. In order to avoid indirect communication to the court, our colleagues at the State Department and the U.S. Mission to the UN have been instructed not to have any further contact with counsel for either side. We do not intend to provide further information to either party to the litigation.

Sincerely,

Mary Catherine Malin


Mary Catherine Malin
Assistant Legal Adviser for
   Diplomatic Law and Litigation
U.S. Department of State


**Official**
UNCLASSIFIED

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]