# EXHIBIT 2



*The Permanent Mission*
*of the Kingdom of Morocco*
*to the United Nations*
*New York*

البعثة الدائمة للمملكة المغربية
لدى الأُمم المتحدة
نيويورك

N° 163/18

New York, le 1er Août 2018

Monsieur Le Directeur du Protocole,

J'ai l'honneur de vous faire parvenir, ci-joint, le dossier d'enregistrement de Monsieur Jamal BENOMAR, Conseiller Spécial auprès de cette Mission.

En vous faisant parvenir, ci-joint, les pièces ci-après indiquées, je vous serais reconnaissant de bien vouloir procéder à l'enregistrement de l'intéressé:

- Passeport diplomatique marocain no AD1096861;
- Formulaire d'enregistrement dûment rempli;
- Formulaire de demande de laissez-passer;
- Photos en couleur de l'intéressé;
- Copie du I-94;

Je vous prie, Monsieur Le Directeur du Protocole, de croire à l'expression de ma très haute considération.

Omar HILALE
Ambassadeur, Représentant Permanent

Mr. Peter Van Laere
Directeur du Protocole de
L'Organisation des Nations Unies
Salle S-0201
New York, NY 10017

The Permanent Mission                    [emblem]                    [bilingual texts]
of the Kingdom of Morocco to
the United Nations
New York


[handwritten:] No. 163/18                                      New York, August 1st 2018



To the Director of Protocol,


      I have the honor to send you, herewith, the registration file of Mr. Jamal BENOMAR, Special Advisor for this Mission.


      By sending you, herewith, the documents indicated below, I would be grateful if you would proceed with the registration of the party concerned:


- Diplomatic Moroccan passport no. AD1096861;
- Duly filled registration form;
- Transit pass application;
- Colored photos of the party concerned;
- Copy of the I-94;


      Please accept, Sir, the expression of my highest consideration.



[signature]
Omar HILALE
Ambassador, Permanent Representative


[stamp:] The Permanent Mission of the
Kingdom of Morocco to the United Nations,
New York



Mr. Peter Van Laere
Director of Protocol of
The United Nations Organization
Room S-0201
New York, NY 10017



City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the document, "**Exhibit 4**" is, to the best of my knowledge and belief, a true and accurate translation from French into English.

Aurora Landman

Sworn to before me this
November 19, 2018

Signature, Notary Public

WENDY POON
NOTARY
NO. 01PO6356754
QUALIFIED IN
QUEENS COUNTY
COMM. EXP.
04-03-2021
PUBLIC
STATE OF NEW YORK

Stamp, Notary Public