UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
BROIDY CAPITAL MANAGEMENT LLC and
ELLIOTT BROIDY,

                            Plaintiffs,                          **ORDER**

    -against-                                          No. 18-CV-6615 (CS)

JAMAL BENOMAR,

                            Defendant.
-------------------------------------------------------X

Seibel, J.

      For the reasons stated at today's bench ruling, this case is dismissed for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1). The Clerk of Court is respectfully requested to terminate the pending motion, (Doc. 37), and close the case.

**SO ORDERED.**

Dated: December 21, 2018
       White Plains, New York

                                                  _____
                                                      CATHY SEIBEL, U.S.D.J.